to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–1223. UNITED STATES DEPARTMENT OF DEFENSE ET AL. *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 5th Cir. [Certiorari granted, 507 U. S. 1003.] Motion of National Right to Work Legal Defense Foundation, Inc., for leave to file a brief as *amicus curiae* granted.

No. 92–1441. STAPLES *v.* UNITED STATES. C. A. 10th Cir. [Certiorari granted, 508 U. S. 939.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 92–1637. IBARRA, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* DUC VAN LE. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–8425. JONES *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [508 U. S. 949] denied.

No. 92–8484. IN RE DAY. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until July 12, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE STEVENS would deny the petition for writ of mandamus.

No. 92–8532. ANTONELLI *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until July 12, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 92–8351. IN RE SOHLER;
No. 92–8469. IN RE VELASQUEZ; and
No. 92–8588. IN RE DIVITO. Petitions for writs of mandamus denied.